UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED

DEC 0 7 2009

BY JEFFREY A. APPERSON, CLERK
DEPUTY CLERK

UNITED STATES OF AMERICA

INDICTMENT

NO. 3:09cr-171-H

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1028A(c)(5)
18 U.S.C. § 1341
18 U.S.C. § 1344

**MICHAEL OLSON**

The Grand Jury charges:

## COUNT 1

From in or about October 2007, and continuing until in or about May 2008, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant herein, during and in relation to the commission of bank fraud, 18 U.S.C. § 1344, knowingly transferred, possessed and used, without lawful authority, a means of identification of J.O., to wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date of birth to fraudulently obtain and use a Chase Circuit City Visa credit card from Chase Bank.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

The Grand Jury further charges:

## COUNT 2

From in or about October 2007, and continuing until in or about May 2008, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant

herein, executed and attempted to execute a scheme and artifice to defraud Chase Bank, a federally insured financial institution, and to obtain monies and funds owned by or under its custody and control by means of false and fraudulent pretenses, representations, and promises, to wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date of birth to fraudulently obtain and use a Chase Circuit City Visa credit card from Chase Bank.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

### COUNT 3

From in or about November 2007, and continuing until in or about May 2008, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant herein, during and in relation to the commission of bank fraud, 18 U.S.C. § 1344, knowingly transferred, possessed and used, without lawful authority, a means of identification of J.O., to wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date of birth to fraudulently obtain and use a Chase Disney Rewards Credit Card from Chase Bank.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

The Grand Jury further charges:

### COUNT 4

From in or about November 2007, and continuing until in or about May 2008, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant herein, executed and attempted to execute a scheme and artifice to defraud Chase Bank, a federally insured financial institution, and to obtain monies and funds owned by or under its

2

custody and control by means of false and fraudulent pretenses, representations, and promises, to

wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date of birth to

fraudulently obtain and use a Chase Disney Rewards Credit Card card from Chase Bank.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 5

From in or about November 2007, and continuing until in or about April 2009, in the

Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant

herein, during and in relation to the commission of mail fraud, 18 U.S.C. § 1341, knowingly

transferred, possessed and used, without lawful authority, a means of identification of J.O., to

wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date of birth to

fraudulently obtain and use a Target credit card from Target National Bank.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

The Grand Jury further charges:

## COUNT 6

From in or about November 2007, and continuing until in or about April 2009, in the

Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL OLSON,** the defendant

herein, devised and intended to devise a scheme and artifice to defraud Target National Bank out

of money and for obtaining property by means of false and fraudulent pretenses, and

representations, to wit: **MICHAEL OLSON** used J.O.'s name, social security number, and date

of birth to fraudulently obtain and use a Target credit card from Target National Bank and for the

3

purpose of executing the scheme, and attempting to do so, he caused a credit card issued in the name of J.O. to be delivered by the United States Postal Service to his residence in or about November 2007.

In violation of Title 18, United States Code, Section 1341.


A TRUE BILL.


CANDACE G. HILL
UNITED STATES ATTORNEY

CGH:BRC: 091120

4

UNITED STATES OF AMERICA v. **MICHAEL OLSON**

## P E N A L T I E S

| | |
|---|---|
| Counts 1, 3, & 5: | 2 yrs (consecutive)./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Counts 2 & 4: | NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release (each count) |
| Count 6: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.     Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

     1.     That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

     2.     Give bond for payment thereof.

     18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE         Clerk, U.S. District Court
                            106 Gene Snyder U.S. Courthouse
                            601 West Broadway
                            Louisville, KY  40202
                            502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
     120 Federal Building
     241 East Main Street
     Bowling Green, KY  42101
     270/393-2500

OWENSBORO:     Clerk, U.S. District Court
     126 Federal Building
     423 Frederica
     Owensboro, KY  42301
     270/689-4400

PADUCAH:     Clerk, U.S. District Court
     127 Federal Building
     501 Broadway
     Paducah, KY  42001
     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.  3:09 cr-171-H



# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Louisville Division

## THE UNITED STATES OF AMERICA
vs.
### MICHAEL OLSON

## INDICTMENT

**Title 18 U.S.C. §§ 1028A(a)(1); 1028A(c)(5); 1344; 1341:**
**Aggravated Identity Theft During and in Relation to the Commission of Bank Fraud; Bank Fraud; Aggravated Identity Theft During and in Relation to the Commission of Mail Fraud; Mail Fraud.**

*A true bill.*

*Filed in open court this 7th day, of December A.D.  2009.*

*Clerk*

*Bail, $*